**Petition for Writ of Injunction Denied and Memorandum Opinion filed December 5, 2019.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-19-00811-CV

---

## IN RE GILCHRIST COMMUNITY ASSOCIATION, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF INJUNCTION**
**County Court at Law No. 2**
**Galveston County, Texas**
**Trial Court Cause No. CV-0076026**

---

## MEMORANDUM OPINION

On October 14, 2019, relator Gilchrist Community Association filed a petition for writ of injunction in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to enjoin real parties in interest from engaging in any further demolition activities on the subject property until all litigation has been completed.

Relator has not established that it is entitled to a writ of injunction. Accordingly, we deny relator's petition for writ of injunction.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Zimmerer.